Electronic Record

**524-12**

COA NO: <u>05-10-00162-CR</u>  CCRA NO. _____

<u>Brown, Derwin Trishun</u>
*Appellant*

<u>Failure to Register as a Sex Offender/Life/Ann</u>
*Offense*

<u>16 Yrs TDCJ/$10,000 Fine</u>
*Punishment*

<u>Dallas</u>
*County*
Trial Court: <u>CRIMINAL DISTRICT COURT NO.2</u>

Trial Court No.: <u>F08-56341-NI</u>  MOTION FOR
  REHEARING IN COA IS
Trial Judge: <u>Adams, Don</u>  ON
Disposition: <u>Affirm</u>
Date: <u>03/28/2012</u>  Justice
Justice: <u>Justice Richter</u>  PC <u>no</u>  S <u>yes</u>
Publish <u>no</u>  DNP <u>yes</u>

CLK RECORD <u>05/11/2010</u>
RPT RECORD <u>06/21/2010</u>
STATE BRIEF <u>03/29/2011</u>
APPELLANT BRIEF <u>03/04/2011</u>
SUPP CLK RECORD <u>12/07/2010</u>
SUPP BRIEF
PRO SE BRIEF

**524-12**

<u>IN COURT OF CRIMINAL APPEALS</u>

_____*APPELLANT'S*_____PETITION
FOR DISCRETIONARY REVIEW IN CCRA
IS _GRANTED, Vacated + remanded_ on
_____02/06/2013_____
JUDGE _Per Curiam_

CCRA DISPOSITION: _VAC REMAND COA_
_2-6-13_____

SIGNED: ____  PC: ____
JUDGE: _____

_____*STATE'S*_____MOTION FOR
REHEARING IN CCRA IS _DENIED_
on _____MARCH 20, 2013_____
_Per Curiam_
JUDGE

MOTION FOR STAY OF MANDATE IS
_____
on _____

JUDGE